IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**BILLY CHARLES AARON**                                                                    **PLAINTIFF**
**ADC #110649**

v.                                         CASE NO. 5:13CV00131 BSM

**HALL, Nurse, Varner Supermax,**
**Arkansas Department of Correction et al.**                          **DEFENDANTS**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge Joe J. Volpe and plaintiff's objections have been reviewed. After carefully considering the objections and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff's complaint [Doc. No. 1] is DISMISSED without prejudice pursuant to the three strikes rule set forth in 28 U.S.C. § 1915(g).

2. If plaintiff wishes to continue this case, he must submit within thirty (30) days of the entry of this order: (a) the statutory filing fee of $400, in full, to the clerk, noting the case style and number; and (b) a motion to reopen the case.

3. It is further certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order and the accompanying judgment would not be taken in good faith.

4. All pending motions are denied as moot.

DATED this 22nd day of May 2013.

                                                      UNITED STATES DISTRICT JUDGE